**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**FILED**

JUN 03 2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR MENDEZ-SOSA,<br><br>Defendant. | CASE NO. 14-cr-01098<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___x___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

___X___ of the offense(s) as charged in the Indictment/Information:

   8:1326(a), (b) - Removed Alien Found in the United States (Felony)(1)

_____

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/3/14

_____
Jill L. Burkhardt
U.S. Magistrate Judge